IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO MORENO, | 1:12-cv-00025-SKO-(PC) |
| Plaintiff, | ORDER TO FILE SIGNED APPLICATION TO PROCEED IN FORMA PAUPERIS OR |
| vs. | PAY FILING FEE WITHIN THIRTY DAYS |
| MATTHEW L. CATES, et al., | (Doc. 2) |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 and an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff's application to proceed in forma pauperis was deficient in that it did not include plaintiff's required original signature.  Each document submitted for filing must include the original signature of the filing party or parties.  Fed. R. Civ. P. 11(a); Local Rule 131. Accordingly, IT IS HEREBY ORDERED that:

Within thirty (30) days of the date of service of this order, plaintiff shall sign and file the enclosed application to proceed in forma pauperis or in the alternative, pay the $350.00 filing fee for this action.

///

**Failure to comply with this order will result in dismissal of this action**.

IT IS SO ORDERED.

**Dated:    January 10, 2012**                    /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE