# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO MORENO,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW L. CATES, et al.,<br><br>　　　　　　　Defendants.<br>_____/ | CASE NO. 1:12-cv-00025-SKO PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED UNDER SECTION 1983<br><br>(Docs. 1 and 8)<br><br>ORDER THAT DISMISSAL IS SUBJECT TO 28 U.S.C. § 1915(G) |

　　　　Plaintiff Alfredo Moreno, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 5, 2012.  On November 1, 2012, the Court dismissed Plaintiff's complaint for failure to state a claim and ordered Plaintiff to file an amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). On November 21, 2012, Plaintiff's motion for a sixty-day extension of time to amend was granted.  However, more than sixty days have passed and Plaintiff has not complied with or otherwise responded to the Court's order.  As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

　　　　Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state a claim upon which relief

///

///

///

1

1 may be granted under section 1983.  This dismissal is subject to the "three-strikes" provision set
2 forth in 28 U.S.C. § 1915(g).  <u>Silva v. Di Vittorio</u>, 658 F.3d 1090, 1098-99 (9th Cir. 2011).

5 IT IS SO ORDERED.

6 **Dated:    February 20, 2013**                              /s/ Sheila K. Oberto
                                                                                 UNITED STATES MAGISTRATE JUDGE